# IN THE SUPREME COURT OF THE STATE OF NEVADA

ROBERT DIXON DUNN,
Petitioner,
vs.
THE EIGHTH JUDICIAL DISTRICT
COURT OF THE STATE OF NEVADA,
IN AND FOR THE COUNTY OF
CLARK,
Respondent,
 and
THE STATE OF NEVADA,
Real Party in Interest.

No. 79625



FILED

OCT 11 2019

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY _____
 DEPUTY CLERK

## *ORDER DENYING PETITION FOR A WRIT OF MANDAMUS*

This is an original pro se petition for a writ of mandamus in which petitioner seeks an order directing the district court to dismiss attorney Scott L. Coffee and the public defender's office as attorney of record.

Problematically, petitioner failed to provide this court with exhibits or other documentation that would support his claims for relief. *See* NRAP 21(a)(4) (providing the petitioner shall submit an appendix containing all documents "essential to understand the matters set forth in the petition"). Specifically, petitioner failed to provide this court with a copy of the district court order denying petitioner's motion to dismiss counsel. This court normally will not consider a petition for extraordinary relief in the absence of such written order. *See Rust v. Clark Cty. Sch. Dist.*, 103 Nev. 686, 689, 747 P.2d 1380, 1382 (1987) (noting that an oral

19-42256

pronouncement is ineffective in the absence of a written order). Therefore, without deciding the merits of the claims raised, we decline to exercise our original jurisdiction in this matter, *see* NRAP 21(b); *Pan v. Eighth Judicial Dist. Court*, 120 Nev. 222, 228, 88 P.3d 840, 844 (2004) ("Petitioner[ ] carr[ies] the burden of demonstrating that extraordinary relief is warranted."). Accordingly, we

ORDER the petition DENIED.

_____ , C.J.
Gibbons

_____ , J.
Pickering

_____ , J.
Hardesty

cc:   Robert Dixon Dunn
      Attorney General/Carson City
      Clark County District Attorney
      Eighth District Court Clerk